# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CARLOS MELGAR, | No. CV 11-10347-SVW (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| T. SCHWARTZ, et al., | |
| Respondents. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: September 27, 2012

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE